935 N.E.2d 516 (2010)
237 Ill.2d 593
Matthew D. WILSON et al., petitioners,
v.
COOK COUNTY, etc., et al., respondents.
No. 109314.
Supreme Court of Illinois.
September 29, 2010.
Petition for leave to appeal denied.
In the exercise of this Court's supervisory authority, the Appellate Court, First District, is directed to vacate its order in Wilson v. Cook County, 394 Ill.App.3d 534, 333 Ill.Dec. 176, 914 N.E.2d 595 (2009), and reconsider the matter in light of McDonald, et al. v. City of Chicago, ___ U.S. ___, 130 S.Ct. 3020, 177 L.Ed.2d 894 (2010), to determine if another result is warranted.